United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   GEORGE FINLEY,                        No. C 04-5102 MEJ
12              Plaintiff(s),
13       vs.                               **ORDER FOR PLAINTIFF'S COUNSEL,
                                           RICHARD MEIER, TO FILE
14   CITY OF OAKLAND, et al.,              DECLARATION BY DECEMBER 7, 2005
                                           AT 10:00 A.M.**
15              Defendant(s).
16   _____/
17
18          On November 29, 2005, Plaintiff's counsel, Richard Meier, filed a declaration in which he states

19   that he is unfamiliar with the Federal Rules of Civil Procedure and was unaware that the Civil Local Rules

20   establish a briefing schedule for motion practice before this Court.  Mr. Meier requested a continuance of

21   the summary judgment hearing, currently scheduled for December 8, 2005.  Before making its decision, the

22   Court permitted Defendants an opportunity to file a response to Plaintiff's request.

23          Based on Defendants' response, it appears that Mr. Meier has not been forthright with the Court.

24   Accordingly, the Court hereby ORDERS Mr. Meier to e-file a declaration no later than December 7, 2005

25   at 10:00 a.m.  In his declaration, Mr. Meier shall, under penalty of perjury, explain how he was unaware of

26   the Civil Local Rules, and specifically Civil Local Rule 7, considering he has appeared in this district at least

27   since 1990.  Mr. Meier shall also explain why he was not on notice of the Court's motion briefing schedule

28   established in Local Rule 7, specifically in consideration of his failure to timely file an opposition in another

**United States District Court**

For the Northern District of California

1   case before this Court, *Gebrewmeskel v. Regatta Holdings, Inc., et al.*, C-04-1126 MMC.  In that case,

2   Mr. Meier filed a declaration stating that his office mis-calendared the opposition due date and requested

3   leave to file a late opposition (Docket #43).  Counsel was certainly on notice of the Court's local rules as of

4   that case because, prior to the date Mr. Meier filed his declaration, counsel for the opposing party filed a

5   reply brief in which she clearly stated that pursuant to Local Rule 7-3, the opposition was due to be filed

6   and served 21 days before the hearing date (Docket #40).

7          Upon receipt and review of Mr. Meier's declaration, the Court shall consider whether to allow

8   Plaintiff to file an opposition and continue the hearing date.  Until that time, the parties should be prepared

9   to present oral arguments on December 8, 2005, as scheduled.

10          **IT IS SO ORDERED.**

11

12   Dated:  December 5, 2005          _____
                                        MARIA-ELENA JAMES
13                                      United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                        2