IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE FINLEY, | No. C 04-5102 MEJ |
| Plaintiff(s), | **ORDER RE: DECLARATION OF RICHARD MEIER** |
| vs. | |
| CITY OF OAKLAND, et al., | **ORDER CONTINUING SUMMARY JUDGMENT HEARING** |
| Defendant(s). | **JANUARY 19, 2006 AT 10:00 A.M.** |

The Court is in receipt of the Declaration of Richard Meier, filed on December 7, 2005, in response to the Court's December 5, 2005 Order regarding the late filing of Plaintiff's opposition to Defendants' motion for summary judgment. As an attorney that has appeared in this district at least since 1990 (and possibly earlier, as indicated in his declaration), Mr. Meier is required to comply with the Local Rules of this Court. It is not enough for an attorney of record to state that he is unfamiliar with local rules; such a statement is disrespectful to both the Court and Mr. Meier's clients, and renders court rules meaningless. Accordingly, should Mr. Meier state in the future, whether in this case or any other case in this district, that he is unfamiliar or unaware of any Federal or Local Rule, sanctions will be imposed.

So that this case may proceed on the merits rather than counsel's familiarity with court rules, Plaintiff may file an opposition to Defendants' summary judgment motion no later than December 15, 2005. Plaintiff's opposition shall comply with the requirements of Civil Local Rule 7, which governs motion

practice before this Court.  Defendants shall file any reply by January 5, 2006, and the Court shall hold a hearing on January 19, 2006 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated:  December 7, 2005

MARIA-ELENA JAMES
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2