# CITY OF OAKLAND

ONE FRANK H. OGAWA PLAZA • 6TH FLOOR • OAKLAND, CALIFORNIA 94612

Office of the City Attorney
John A. Russo
City Attorney
Pelayo A. Llamas, Jr.
Deputy City Attorney

January 25, 2006

(510) 238-3601
FAX: (510) 238-6500
TTY/TDD: (510) 238-3254
(510) 238-6621

**VIA E-FILING**

Magistrate Judge Maria-Elena James
United States District Court
Courtroom B
Federal Building, 15th Floor
450 Golden Gate Avenue
San Francisco, CA   94102

       Re:   George Finley v. City of Oakland, et al.
              United States District Court  No. C-04-5102-MEJ
              Our Case File No.:  23872

Your Honor:

       Defendants' Motion for Summary Judgment was heard and submitted on January 19, 2006[1].  The court has yet to issue its decision.  We wish to make the Court aware that the first pre-trial filings (statements of facts, witness lists, exhibit lists) are due to be exchanged between counsel on February 9, 2006.  Defendants' attorneys intend to start working on these documents by January 30, 2006.  If the court's decision on the summary judgment motion will not be issued by February 1, 2006, we respectfully request that the Court stay ~~and/or continue~~ the pretrial filings dates so that the unnecessary incurrence of attorneys' fees can be avoided (assuming the motion is ultimately granted).  Thank you for your consideration of this matter.

  All pretrial and trial dates are hereby STAYED



Very truly yours,

JOHN A. RUSSO
City Attorney

By: //s//PELAYO A. LLAMAS, JR.
     PELAYO A. LLAMAS, JR.
     Deputy City Attorney

PAL:bjw
362666

---

[1] We remind the court that this matter was originally set for hearing on December 8, 2005 but was moved because the plaintiff failed to timely file an opposition brief.